**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **BRYAN EUWER d/b/a EUWER & ASSOCIATES,** §§§ | | |
| *Plaintiff,* § | | |
| § | | |
| **v.** § | | |
| § | | |
| **THE CINCINNATI INSURANCE COMPANY and THE CINCINNATI CASUALTY COMPANY,** §§§§ | Cause No. 1:21-cv-372 | |
| *Defendants.* § | | |

**DEFENDANTS THE CINCINNATI INSURANCE COMPANY AND THE CINCINNATI CASUALTY COMPANY'S CORPORATE DISCLOSURE STATEMENT**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**COME NOW**, The Cincinnati Insurance Company and The Cincinnati Casualty Company, Defendants herein, and file this Corporate Disclosure Statement pursuant to FRCP 7.1, and would respectfully show the following:

**I.**

1. The Cincinnati Insurance Company is wholly owned by the Cincinnati Financial Corporation, an Ohio Corporation.

2. The Cincinnati Casualty Company is wholly owned by the Cincinnati Financial Corporation, an Ohio Corporation.

3. The Vanguard Group, Inc., a Pennsylvania Corporation, owned 10.9% of Cincinnati Financial Corporation common stock as of March 10, 2021.

**WHEREFORE, PREMISES CONSIDERED**, Defendants The Cincinnati Insurance Company and The Cincinnati Casualty Company, respectfully request the Court to take note of this filing of its Corporate Disclosure Statement in compliance with FRCP 7.1, and request such other and further relief to which they may show themselves to be justly entitled.

Respectfully submitted,

**FANNING HARPER MARTINSON
BRANDT & KUTCHIN, P.C.**

*/s/ George L. Lankford*
**GEORGE L. LANKFORD**
Attorney of Record
State Bar No. 11934800
glankford@fhmbk.com
Two Energy Square
4849 Greenville Ave., Suite 1300
Dallas, Texas 75206
(214) 369-1300
(214) 987-9649 fax

**ATTORNEYS FOR DEFENDANT
THE CINCINNATI INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(c), the undersigned certifies that on the 29th day of April 2021, a true and correct copy of the above and forgoing document was served upon all counsel of record through the CM/ECF system.

*/s/ George L. Lankford*
**GEORGE L. LANKFORD**