

THE
WENHOLZ
LAW FIRM
P.C.

August 21, 2019

**VIA EMAIL**
Mr. William "BJ" Jones
MAYERLLP
750 N. Saint Paul Street
Suite 700
Dallas, TX 75201

> Re:   Our Client:   McCarty Family Real Estate, LLC
>        Date of Loss: August 1, 2018
>        Location:     5200 Davis Lane, Austin, Texas 78749
>        Your client:  Sabre Commercial, Inc. ("Sabre")
>        Claim No.:    3334229

Dear Mr. Jones:

As we recently discussed, I have collected the water extraction/remediation costs for repairs already completed and the estimated cost to remove and replace each of the windows in the aforementioned building. Moreover, I have included additional out of pocket expenses and damages attributable to the negligent construction of the building. Accordingly, this letter shall act as my client's demand for payment of the damage proximately caused by the acts and omissions of your client Sabre Construction known to date. This demand expressly leaves open the ability of Balcones Pain Management to demand future losses and damage discovered once the windows are removed and for other consequential damages that arise from the construction deficiencies.

LIABILITY

Sabre and its subcontractors installed all exterior windows in the medical building. They were not properly flashed and sealed.   In fact, after seeing daylight around the sills/framing during one recent inspection, one of Sabre's subcontractors commented that his firm brought this fact to Sabre's attention during the bidding phase of the project.

My client hired Amy Gelsone of Wiss Janney Elstner Associates to investigate the cause of the moisture issues in the building. During her investigation, Ms. Gelsone discovered the windows were not sealed per the applicable building code. *See* 2012 IECC. More specifically, the building has punched storefront windows and doors with 1-inch insulated

APP0612

glazing, metal awnings over the second level windows, an attached, continuous metal canopy over the first level windows on the south half of the building, and a metal roof porte cochere. These windows were installed by Sabre. It is clear from the detail of the second level windows that the windows straddle the air cavity space between the weather barrier and the masonry. For the automatic sliding doors, each shows flashing intended to close off water and air from the cavity, even though we believe the flashing should seal to the window frame rather than the brick. The second level window sills did not have sill flashing. *See* Figures 47 and 48 attached hereto. The Tyvek was not taped to the base-of-wall flashing. *See* Figure 88 attached hereto. The sheathing joints were sealed *prior to* installation of the Tyvek wrap. At each of the sill conditions, no sealant or flashing was installed between the window framing and the Tyvek wrapping into the rough opening at the jambs. *See* Figure 89 attached hereto. Daylight can be seen from the interior where stone had been removed. *See* Figure 90 attached hereto. There is no membrane flashing at the rough openings. *See* Figure 91 attached hereto. At each of the head conditions, there is no sealant or flashing installed between the window framing and the Tyvek wrapping into the rough opening at the jambs. *See* Figure 93 attached hereto. There was also no sealant or flashing installed between the window framing and the Tyvek at the heads or sills. Because flashing of windows is required by code, we believe this was a construction issue for the contractor to handle and that an RFI should have been submitted if necessary from the design professional. Our experts strongly believe it is likely the window sealant problem proximately caused wet humid conditions resulting in mold growth.

Our office requested information several weeks ago to help us analyze these construction deficiencies. I would re-iterate our request for the following:

(1)   design documents and revisions for the building in question;

(2)   architectural plans and revisions;

(3)   engineering plans and revisions;

(4)   plumbing/HVAC plans and revisions;

(5)   contact information for all of Sabre's subcontractors;

(6)   all bids Sabre submitted for the building in question;

(7)   all bids from any subcontractor who performed work on the exterior shell of the building, including but not limited to, masonry, window and door installation;

(8)   Sabre's insurance policy and reservation of rights letter;

(9)   all correspondence, emails and text messages regarding the construction of the building, including the window installation, change orders, field reports, RFI's; and

(10)   all As-Builts for the structure, especially the windows.



EXHIBIT J

## DAMAGES

Since the improper window installation has allowed excessive moisture into this medical facility, my client has spent an enormous amount of time, energy and money removing and replacing a significant percentage of interior finishes. Surgical procedures have been delayed resulting loss of revenue over a period of months. It has caused terrible scheduling issues with staff, tenants and most importantly patients. The poor construction interfered and disrupted the pharmacy, the quiet enjoyment of their offices, their medical practice and, more specifically, numerous surgical procedures.

Prior to this problem, the three operating rooms were fully utilized. The medical practice was averaging 5 implant surgeries a month. Following the damage, the operating rooms were primarily relegated to minor procedures and injections. Only 7 implant surgeries were performed during the remediation period due to the limited availability of surgical time. At $47,223.81 per surgery, the loss of use of the building cost my clients **$613,909.53** (13 operations x $47,223.81). In addition to lost surgeries, the owners had to forego 3 months of rent for one of their tenants in the executive space. The rent was $8,000.00 per month, costing them **$24,000.00.**

To mitigate their losses and to determine the best path forward with this problem, our client hired experts (MIS) to assess the indoor environment and advise them how to effectively remediate the ensuing damage. Ultimately, Blackmon Mooring was hired to make these repairs. The owners also kept your client well apprised of these efforts, meeting them to discuss the damage, showing them the damaged property and coordinating the exchange of information between experts. It is also my understanding that your client has inspected the property and examined the windows and repairs. These repairs to the executive offices, operating rooms, pharmacy and other areas began on or about January 9, 2019 and are substantially complete.[1] The repair costs currently amount to **$728,349.14** solely for the remediation effort to date. The experts are confident that additional remediation work will need to be performed once the windows are removed.

My clients would also ask that Sabre reimburse them for their expert costs and attorneys' fees incurred to date – **$66,778.19.** In addition to these out of pocket expenses, the construction has dramatically impacted scheduling resulting in a loss of key personnel and increased staffing costs and lost productivity.

Finally, experts from Riverstone Building and Consulting believe the cost to remove, replace and reinstall the windows will be **$685,111.57.** They also believe it could take up to 6 months to complete the project. As you know, my client has diligently attempted to develop and test alternative repairs. Each less intrusive and costly approach has failed leaving them without a feasible alternative to replacing all the windows.

---

[1] That is assuming additional water and mold damage is not discovered when the windows are removed.

In summary, my client demands that Sabre reimburse them the following:

| | |
|---|---|
| Remediation Costs (incurred): | **$728,349.14** |
| Estimated cost to repair windows: | **$685,111.57** |
| Expert and attorney's fees: | **$ 66,778.19** |
| Loss use of the building: | **$613,909.53** |
| Lost rent | **$ 24,000.00** |
| **Total** | **$2,118,148.43** |

Please advise your client that they have 20 days in which to pay these amounts or my client with initiate legal proceedings. It is my understanding the insurance company and its experts have been evaluating this claim for several months and should have a solid understanding of the problem. Therefore, time is of the essence. The leaking windows make it a challenge to maintain proper humidity levels in the building. Improper humidity levels could create further damage. This matter is urgent.

I look forward to hearing from you soon.

Sincerely,

David C. Wenholz

R RIVERSTONE   **Riverstone Building & Consulting**

PO Box 91928
Austin, TX 78709
(512) 844-8707

| | | | |
|---|---|---|---|
| Client: | Balcones Pain | | |
| Property: | 5200 Davis Lane | | |
| | Austin, TX 78749 | | |
| | | | |
| Operator: | STUART | | |
| | | | |
| Estimator: | Stuart Nolley | Business: | (512) 554-1993 |
| Business: | 18025 Cap Stone Dr | | |
| | Austin, TX 78739 | | |
| | | | |
| Reference: | David Wenholz | Business: | (512) 478-2211 |
| Company: | Wenholz Law Firm | | |
| Business: | 13501 Galleria Circle, Suite W270 | | |
| | Bee Cave, TX 78738 | | |
| | | | |
| Type of Estimate: | Construction Defect | | |
| Date Entered: | 8/6/2019 | Date Assigned: | |
| | | | |
| Price List: | TXAU8X_JUL19 | | |
| Labor Efficiency: | Restoration/Service/Remodel | | |
| Estimate: | BALCONES-PAIN-CONSUL | | |
| File Number: | RS 19-173 | | |

**APP0616**

 **RIVER STONE** **Riverstone Building & Consulting**

PO Box 91928
Austin, TX 78709
(512) 844-8707

### BALCONES-PAIN-CONSUL

**Windows and Doors**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. R&R Storefront - bronze anodized frame - Double pane | 3,709.00 SF | 3.00 | 41.56 | 7,968.04 | 36,380.61 | 209,621.69 |
| 2. R&R Storefront door -bronze anod. frame, Double pane | 9.00 EA | 60.00 | 3,420.66 | 2,434.16 | 7,089.62 | 40,849.72 |
| 3. R&R Storefront - auto.sliding door- Double pane | 2.00 EA | 220.00 | 13,097.68 | 2,079.00 | 6,030.02 | 34,744.38 |
| 4. R&R Stone trim - band at header of 1st floor, footer of 2nd floor | 269.10 LF | 1.95 | 77.63 | 1,586.24 | 4,830.26 | 27,831.48 |
| 5. R&R Stone veneer - natural stone around windows and doors | 1,728.00 SF | 5.59 | 21.19 | 1,281.61 | 9,987.07 | 57,544.52 |
| 6. Awning - Aluminum/steel - Detach & reset | 54.00 LF | 0.00 | 122.58 | 0.00 | 1,390.06 | 8,009.38 |
| 7. Masonry - General Laborer - per hour | 120.00 HR | 0.00 | 31.52 | 0.00 | 794.30 | 4,576.70 |
| 8. Scaffold - per section (per day) | 2,700.00 DA | 0.00 | 20.55 | 0.00 | 11,651.85 | 67,136.85 |
| 20 sections of scaffold for 180 days | | | | | | |
| 9. Labor to set up and take down scaffold - per section | 120.00 EA | 0.00 | 35.81 | 0.00 | 902.41 | 5,199.61 |
| Set up and take down for 4 sides of the building | | | | | | |
| 10. Fall protection harness and lanyard - per day | 300.00 DA | 0.00 | 8.00 | 0.00 | 504.00 | 2,904.00 |
| 10 harness for 30 days. | | | | | | |
| 11. Sheathing - plywood - 5/8" CDX- exterior ground protection | 1,872.00 SF | 0.00 | 1.54 | 3.09 | 606.06 | 3,492.03 |
| 12. Protect - Cover with plastic | 2,500.00 SF | 0.00 | 0.35 | 22.69 | 188.52 | 1,086.21 |
| 13. Metal window flashing- at header, drip cap | 134.55 LF | 0.00 | 6.78 | 8.21 | 193.30 | 1,113.76 |
| 14. Flashing - Sill pan flashing - plastic - greater than 4.5' | 57.00 EA | 0.00 | 67.16 | 242.41 | 854.81 | 4,925.34 |
| 15. R&R Air/moisture barrier - at windows perimeter | 3,672.00 SF | 0.03 | 1.39 | 48.47 | 1,105.18 | 6,367.89 |
| 16. Mold Testing - post removal of windows/doors | 1.00 EA | 0.00 | 4,500.00 | 0.00 | 945.00 | 5,445.00 |
| 17. Drywall repairs around windows | 1,836.00 LF | 0.00 | 8.85 | 34.84 | 3,419.52 | 19,702.96 |
| 18. Paint window jambs, sill, header | 57.00 EA | 0.00 | 45.26 | 18.48 | 545.64 | 3,143.94 |
| Totals: Windows and Doors | | | | 15,727.24 | 87,418.23 | 503,695.46 |

**General Conditions**

APP0617

 **Riverstone Building & Consulting**

PO Box 91928
Austin, TX 78709
(512) 844-8707

## CONTINUED - General Conditions

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 19. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 742.07 | 0.00 | 0.00 | 311.67 | 1,795.81 |
| 20. Temporary security fencing | 3,600.00 LF | 0.00 | 3.25 | 0.00 | 2,457.00 | 14,157.00 |
| 21. General clean - up | 360.00 HR | 0.00 | 34.18 | 1,228.66 | 2,584.07 | 16,117.53 |
| 22. Project Management - office | 180.00 HR | 0.00 | 59.50 | 0.00 | 2,249.10 | 12,959.10 |
| 23. Commercial Supervision -onsite | 1,440.00 HR | 0.00 | 45.00 | 0.00 | 13,608.00 | 78,408.00 |
| 24. Temporary toilet (per month) | 18.00 MO | 0.00 | 164.39 | 0.00 | 621.39 | 3,580.41 |
| 3 toilets for 2 monts | | | | | | |
| 25. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 26,854.00 | 0.00 | 0.00 | 26,854.00 |
| This line item cost is general approximately 5% of construction cost. | | | | | | |
| 26. Construction Continency | 1.00 EA | 0.00 | 26,854.00 | 0.00 | 0.00 | 26,854.00 |
| This line item cost is general approximately 5% of construction cost, and is an allowance for unforeseen items which come up during the project. | | | | | | |
| 27. Job-site cargo/storage container - 20' long - per month | 6.00 MO | 0.00 | 87.83 | 43.48 | 119.80 | 690.26 |
| Totals: General Conditions | | | | 1,272.14 | 21,951.03 | 181,416.11 |
| Line Item Totals: BALCONES-PAIN-CONSUL | | | | 16,999.38 | 109,369.26 | 685,111.57 |

APP0618

 **RIVERSTONE** **Riverstone Building & Consulting**

PO Box 91928
Austin, TX 78709
(512) 844-8707

## Summary

| | |
|---|---|
| Line Item Total | 558,742.93 |
| Material Sales Tax | 15,704.55 |
| Cleaning Mtl Tax | 22.99 |
| Storage Rental Tax | 43.48 |
| Subtotal | 574,513.95 |
| Overhead | 52,080.59 |
| Profit | 57,288.67 |
| Cleaning Sales Tax | 1,228.36 |
| **Replacement Cost Value** | **$685,111.57** |
| **Net Claim** | **$685,111.57** |

Stuart Nolley

8/19/2019          Page: 4

APP0619



*Figure 47. No separate sill flashing observed at second floor windows.*



*Figure 48. No separate sill flashing capping cast stone observed at second floor windows.*



*Figure 88. Tyvek wrap, shingled over membrane flashing, not sealed at base of wall.*



*Figure 89. Lack of sealant or flashing at window to rough opening interface, with endoscope protruding through joint from interior.*



*Figure 90. Integral subsill end dam, with daylight visible beyond*

APP0622



*Figure 91. Tape but no membrane flashing at rough opening corner;
no membrane patch behind brick tie.*

APP0623



*Figure 93. Lack of sealant or flashing from window framing to rough opening at head corner.*



**BLACKMON MOORING INC. OF AUSTIN**
2251 Picadilly Dr. Suite C320
Round Rock, Tx 78664
Phone: 512-730-4267
Fax: 512-835-2140

TACLA72058E

| | | | |
|---|---|---|---|
| **Customer Name** | Balcones Pain Consultants | **Date:** | 5/27/2019 |
| **Address:** | 5200 Davis Ln | **Appointment #** | 13855900 |
| **City, State, Zip:** | Austin, TX. 78749 | **Customer ID** | |
| | | **Invoice** | 13855900 |

**Worksite Address** 5200 Davis Ln

**PAYMENT DATE: DUE ON RECEIPT**

Final Invoice

Description of Work:
Mold Remediation Services to the following areas as scoped per the protocol provided by MIS:
PACU/OR Phase 2, IT Room 112, Janitors Closet 107, Wellness Room.

| | |
|---|---|
| **Sub-Total** | **$67,882.83** |
| **Tax** | **$5,600.39** |
| **Total Due** | **$73,483.22** |

*Please remit payment to*
*Blackmon Mooring of Austin*
*2251 Picadilly Dr. Ste. C320*
*Round Rock, TX 78664*

Regulated by the Texas Department of Licensing & Regulation
P. O. Box 12157, Austin, Texas, 78711
1-800-803-9202

APP0625



**BLACKMON MOORING INC. OF AUSTIN**
2251 Picadilly Dr. Suite C320
Round Rock, Tx 78664
Phone: 512-730-4267
Fax: 512-835-2140

TACLA72058E

| | | | |
|---|---|---|---|
| Customer Name | Balcones Pain Consultants | Date: | 5/27/2019 |
| Address: | 5200 Davis Ln | Appointment# | 13832100 |
| City, State, Zip: | Austin, TX. 78749 | Customer ID | |
| | | Invoice | 13832100 |

Worksite Address 5200 Davis Ln

PAYMENT DATE: DUE ON RECEIPT

Final Invoice

Description of Work:
Mold Remediation Services to the following areas as scoped per the protocol privided by MIS:
Vac Room, Medgas Room, Main Electrical, Mechanical Room, Riser Room, 2nd Floor Waiting
Room, Exam 10, Dictation, Exam 11, Office 218.

| | |
|---|---|
| Sub-Total | $57,886.68 |
| Tax | $4,775.66 |
| Total Due | $62,662.34 |

*Please remit payment to*
*Blackmon Mooring of Austin*
*2251 Picadilly Dr. Ste. C320*
*Round Rock, TX 78664*

Regulated by the Texas Department of Licensing & Regulation
P. O. Box 12157, Austin, Texas, 78711
1-800-803-9202

**APP0626**



**BLACKMON MOORING INC. OF AUSTIN**
2251 Picadilly Dr. Suite C320
Round Rock, Tx 78664
Phone: 512-730-4267
Fax: 512-835-2140

TACLA 72058E

| | | | |
|---|---|---|---|
| Customer Name | Balcones Pain Consultants | Date: | 5/27/2019 |
| Address: | 5200 Davis Ln | Appointment# | 13855900 |
| City, State, Zip: | Austin, TX. 78749 | Customer ID | |
| | | Invoice | 13855900 |

Worksite Address 5200 Davis Ln

PAYMENT DATE: DUE ON RECEIPT

Final Invoice

Description of Work:

Construction services to the following areas as scoped: ASC/OR Phase 1, PACU/OR Phase 2, IT Room 112, Janitors Closet 107, Vac Room, Medgas Room, Main Electrical, Mechanical Room, Riser Room, Wellness Room, 2nd Floor Waiting Room, Exam 10, Dictation, Exam 11, Office 218

| | |
|---|---|
| Sub-Total | $165,969.73 |
| Tax | $13,692.57 |
| Total Due | $179,662.30 |

*Please remit payment to*
*Blackmon Mooring of Austin*
*2251 Picadilly Dr. Ste. C320*
*Round Rock, TX 78664*

Regulated by the Texas Department of Licensing & Regulation
P. O. Box 12157, Austin, Texas, 78711
1-800-803-9202

**APP0627**



## BLACKMON MOORING INC. OF AUSTIN
### 2251 Picadilly Dr. Suite CC320
### Round Rock, Tx 78664
### Phone: 512-730-4267
### Fax: 512-835-2140

TACl A72058E

| | | | |
|---|---|---|---|
| **Customer Name** | McCarty Family Real Estate, LLC | **Date:** | 3/16/2019 |
| **Address:** | 5200 Davis Ln | **Appointment#** | 13750800 |
| **City, State, Zip:** | Austin, TX. 78749 | **Customer ID** | |
| | | **Invoice** | 13750800 |

**Worksite Address** 5200 Davis Ln

**PAYMENT DATE: DUE ON RECEIPT**

1st Progress Invoice Mold Work

**Description of Work:**
**Water Remediation**

Invoice includes all mold work for the following areas: Executive Suites, Phase 1 of the ASC, 2nd Floor Patient Holding, Water Leaf Waitng Room, Public Lobby, Public Hall, Retail.

| | |
|---|---|
| **Sub-Total** | **$188,567.12** |
| **Tax** | **$14,847.41** |
| Total Due | **$203,414.53** |

*Please remit payment to*
*Blackmon Mooring of Austin*
*2251 Picadilly Dr.*
*Round Rock, TX 78664*

Regulated by the Texas Department of Licensing & Regulation
P. O. Box 12157, Austin, Texas, 78711
1-800-803-9202

**APP0628**



**BLACKMON MOORING INC. OF AUSTIN**
2251 Picadilly Dr. Suite CC320
Round Rock, Tx 78664
Phone: 512-730-4267
Fax: 512-835-2140

TACLA72058E

| | | | |
|---|---|---|---|
| **Customer Name** | McCarty Family Real Estate, LLC | **Date:** | 3/16/2019 |
| **Address:** | 5200 Davis Ln | **Appointment#** | 13791000 |
| **City, State, Zip:** | Austin, TX. 78749 | **Customer ID** | |
| | | **Invoice** | 13791000 |

**Worksite Address** 5200 Davis Ln

**PAYMENT DATE: DUE ON RECEIPT**

1st Progress Invoice for Reconstruction

**Description of Work:**     Invoice includes all reconstruction work for the following areas:
**Water Remediation**     Executive Suites, 2nd Floor Patient Holding.

| | |
|---|---|
| **Sub-Total** | $73,597.93 |
| **Tax** | $6,071.85 |
| **Total Due** | $79,669.78 |

*Please remit payment to*
*Blackmon Mooring of Austin*
*2251 Picadilly Dr.*
*Round Rock, TX 78664*

Regulated by the Texas Department of Licensing & Regulation
P. O. Box 12157, Austin, Texas, 78711
1-800-803-9202

APP0629



# Invoice

| Date | Invoice# |
|------|----------|
| 10/26/2018 | 5445 |

### Bill To

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address*

**2512 S IH-35 Ste 110**
**Austin, TX 78704**

| Terms | Project |
|-------|---------|
| Upon Receipt | Building B (Sample Only) |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 6 | Microbial Air Sample | 110.00 | 660.00 |
| 6 | Laboratory Rush Fees | 90.00 | 540.00 |
| | Courier Service | 200.00 | 200.00 |

**Total** $1,400.00

| Phone# |
|--------|
| 512.535.2493 |

| E-Mail |
|--------|
| info@moldinspectiontexas.com |

| Web Site |
|----------|
| www.moldinspectiontexas.com |

**APP0630**

# Invoice



| Date | Invoice # |
|------|-----------|
| 10/26/2018 | 5537 |

**Bill To**

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX  78749

*Corporate Mailing Address*

**2512 S IH-35 Ste 110
Austin, TX 78704**

| Terms | Project |
|-------|---------|
| Upon Receipt | Building B (Day 1) |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Mobilization | 125.00 | 250.00 |
| 4 | Consulting / On-site Work - 2 Licensed MAC or Project Manager | 300.00 | 1,200.00 |
| 0.5 | Offsite Consultant | 125.00 | 62.50 |
| 9 | Microbial Air Sample | 110.00 | 990.00 |
| 5 | Microbial Surface Sample | 110.00 | 550.00 |

| | **Total** | $3,052.50 |
|--|-----------|-----------|

| Phone# |
|--------|
| 512.535.2493 |

| E-Mail |
|--------|
| info@moldinspectiontexas.com |

| Web Site |
|----------|
| www.moldinspectiontexas.com |

APP0631

# Invoice



| Date | Invoice # |
|------|-----------|
| 10/29/2018 | 5538 |

### Bill To

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address*

**2512 SIH-35 Ste 110**
**Austin, TX 78704**

| Terms | Project |
|-------|---------|
| Upon Receipt | Building B (Day 2) |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3 | Mobilization | 125.00 | 375.00 |
| 4 | Consulting / On-site Work – 2 Licensed MAC or Project Manager | 300.00 | 1,200.00 |
| 1 | Consulting / On-site Work - Field Tech | 105.00 | 105.00 |
| 0.5 | Offsite Consultant / Peer Review of Reports | 125.00 | 62.50 |
| 19 | Microbial Air Sample | 110.00 | 2,090.00 |
| 15 | Microbial Surface Sample | 110.00 | 1,650.00 |

**Total**    $5,482.50

| Phone# | E-Mail | Web Site |
|--------|--------|----------|
| 512.535.2493 | info@moldinspectiontexas.com | www.moldinspectiontexas.com |



# Invoice

| Date | Invoice # |
|------|-----------|
| 10/30/2018 | 5539 |

**Bill To**

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address*

**2512 S IH-35 Ste 110**
**Austin, TX 78704**

| Terms | Project |
|-------|---------|
| Upon Receipt | Building B (Day 3) |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3 | Mobilization | 125.00 | 375.00 |
| 4.5 | Consulting/ On-site Work - 2 Licensed MAC or Project Manager | 300.00 | 1,350.00 |
| 4.5 | Consulting / On-site Work - Field Tech | 105.00 | 472.50 |
| 0.5 | Offsite Consultant/ Peer Review of Reports | 125.00 | 62.50 |
| 24 | Microbial Air Sample | 110.00 | 2,640.00 |
| 2 | Microbial Surface Sample | 110.00 | 220.00 |
| 8 | Deliverables - Reports | 125.00 | 1,000.00 |

| **Total** | $6,120.00 |
|-----------|-----------|

| Phone# | E-Mail | Web Site |
|--------|--------|----------|
| 512.535.2493 | info@moldinspectiontexas.com | www.moldinspectiontexas.com |

APP0633

# Invoice



| Date | Invoice # |
|------|-----------|
| 11/13/2018 | 5540 |

**Bill To**

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address*

**2512 S IH-35 Ste 110
Austin, TX 78704**

| Terms | Project |
|-------|---------|
| Upon Receipt | Building B (Consultation) |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Mobilization | 125.00 | 250.00 |
| 4 | Consulting / On-site Work - 2 Licensed MAC or Project Manager | 250.00 | 1,000.00 |

| | **Total** | |
|---|-----------|---|
| | | $1,250.00 |

| Phone# |
|--------|
| 512.535.2493 |

| E-Mail |
|--------|
| info@moldinspectiontexas.com |

| Web Site |
|----------|
| www.moldinspectiontexas.com |

APP0634



# Invoice

| Date | Invoice # |
|------|-----------|
| 11/28/2018 | 5619 |

**Bill To**

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address*

**2512 S IH-35 Ste 110
Austin, TX 78704**

| Terms | Project |
|-------|---------|
| Upon Receipt | Building B |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Walk Through / Protocol Amendments | | |
| 2 | Mobilization | 125.00 | 250.00 |
| 2 | On-site Consultant - 2 Licensed MAC or Project Manager | 300.00 | 600.00 |
| 2 | Deliverables - Reports | 125.00 | 250.00 |

| | **Total** | |
|--|-----------|--|
| | | $1,100.00 |

| Phone# |
|--------|
| 512.535.2493 |

| E-Mail |
|--------|
| info@moldinspectiontexas.com |

| Web Site |
|----------|
| www.moldinspectiontexas.com |

APP0635

# Invoice



| Date | Invoice # |
|------|-----------|
| 1/22/2019 | 5956 |

| Bill To |
|---------|
| Balcones Pain Consultants<br>Attn: Lauri Rose, Chief Administrator<br>5200 Davis Ln, #B200<br>Austin, TX  78749 |

| *Corporate Mailing Address* |
|---|
| **2512 SIH-35 Ste 110**<br>**Austin, TX 78704** |

| Terms | Project |
|-------|---------|
| Upon Receipt | Building B |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Mobilization | 125.00 | 250.00 |
| 2 | On-site Consultant - 2 Licensed MAC or Project Manager | 300.00 | 600.00 |
| 0.5 | Off-Site Work (Admin, Project Coordination, Prep Meetings) | 125.00 | 62.50 |
| 2 | Deliverables - Reports | 125.00 | 250.00 |

| | **Total** | $1,162.50 |
|---|---|---|

| Phone# |
|--------|
| 512.535.2493 |

| E-Mail |
|--------|
| info@moldinspectiontexas.com |

| Web Site |
|----------|
| www.moldinspectiontexas.com |

**APP0636**

# Invoice



| Date | Invoice# |
|------|----------|
| 1/28/2019 | 5957 |

| Bill To |
|---------|
| Balcones Pain Consultants<br>Attn: Lauri Rose, Chief Administrator<br>5200 Davis Ln, #B200<br>Austin, TX  78749 |

| *Corporate Mailing Address* |
|---|
| **2512 S IH-35 Ste 110**<br>**Austin, TX 78704** |

| Terms | Project |
|-------|---------|
| Upon Receipt | Building B |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Mobilization | 125.00 | 250.00 |
| 2 | On-site Consultant - 2 Licensed MAC or Project Manager | 300.00 | 600.00 |
| 0.5 | Off-Site Work (Admin, Project Coordination, Prep Meetings) | 125.00 | 62.50 |

| | **Total** | $912.50 |
|---|---|---|

| Phone# |
|--------|
| 512.535.2493 |

| E-Mail |
|--------|
| info@moldinspectiontexas.com |

| Web Site |
|----------|
| www.moldinspectiontexas.com |



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/6/2019 | 6010 |

Bill To

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.**
**2512 SIH-35 Ste 110**
**Austin, TX 78704**

| Terms | PO#/ Order# | Project |  |  |
|-------|-------------|---------|--|--|
| Upon Receipt |  | Building B |  |  |
| Quantity | Description | Rate | Amount |  |
| | Phase 1 Post Exc. Suite | | |  |
| 2 | Mobilization | 125.00 | 250.00 |  |
| 4 | On-site Consultant - Licensed MAC or Project Manager | 150.00 | 600.00 |  |
| 4 | Consulting/ On-site Work - Field Tech | 105.00 | 420.00 |  |
| | Post Remediation Inspection | 250.00 | 250.00 |  |
| 12 | Microbial Air Sample | 110.00 | 1,320.00 |  |
| 9 | Microbial Surface Sample | 110.00 | 990.00 |  |
| 21 | Immediate TAT Rush Lab Analysis | 100.00 | 2,100.00 |  |
| 1 | Onsite Lab Fee | 240.00 | 240.00 |  |
| 1.5 | Offsite Deliverables - Reports | 125.00 | 187.50 |  |

| | **Total** | **$6,357.50** |
|--|-----------|---------------|

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5363
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

| **Balance Due** | **$6,357.50** |
|-----------------|---------------|

**APP0638**



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/8/2019 | 6011 |

**Bill To**

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.**
**2512 S IH-35 Ste 110**
**Austin, TX 78704**

| Terms | PO#/ Order# | Project | | |
|-------|-------------|---------|--|--|
| Upon Receipt | | Building B | | |
| Quantity | Description | Rate | Amount | |
| 2 | Phase 1 Post 2 Exc. Suite Mobilization | 125.00 | 250.00 | |
| 1 | On-site Consultant - Licensed MAC or Project Manager | 150.00 | 150.00 | |
| 1 | Consulting/ On-site Work - Field Tech | 105.00 | 105.00 | |
| | Post Remediation Inspection | 250.00 | 250.00 | |
| 3 | Microbial Air Sample | 110.00 | 330.00 | |
| 3 | Immediate TAT Rush Lab Analysis | 100.00 | 300.00 | |
| 1 | Onsite Lab Fee | 240.00 | 240.00 | |
| 0.5 | Offsite Deliverables - Reports | 125.00 | 62.50 | |

**Total** $1,687.50

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5353
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

**Balance Due** $1,687.50

APP0639



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/13/2019 | 6118 |

Bill To

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.**
**2512 S IH-35 Ste 110**
**Austin, TX 78704**

| Terms | PO#/ Order# | Project | | |
|-------|-------------|---------|---|---|
| Upon Receipt | | Building B | | |
| Quantity | Description | | Rate | Amount |
| | Phase 2 Site Visit/ Walk Through | | | |
| 1 | Mobilization – 1 Consultant | | 125.00 | 125.00 |
| 2 | On-site Consultant - Licensed MAC or Project Manager | | 150.00 | 300.00 |
| 0.5 | Off-Site Work (Admin, Project Coordination, Prep Meetings) | | 125.00 | 62.50 |

**Total** $487.50

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5353
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

**Balance Due** $487.50



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/23/2019 | 6112 |

**Bill To**

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.**
**2512 S IH-35 Ste 110**
**Austin, TX 78704**

| Terms | PO# / Order# | Project |
|-------|--------------|---------|
| Upon Receipt | | Building B |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Phase 2 Post 2 | | |
| 0.5 | Mobilization - 1 Consultant | 125.00 | 62.50 |
| 1 | On-site Consultant - Licensed MAC or Project Manager | 150.00 | 150.00 |
| | Post Remediation Inspection | 250.00 | 250.00 |
| 3 | Microbial Air Sample | 110.00 | 330.00 |
| 3 | Laboratory Rush Fees | 100.00 | 300.00 |
| 0.5 | Onsite Lab Fee | 240.00 | 120.00 |
| 0.5 | Offsite Deliverables - Reports | 125.00 | 62.50 |

| | **Total** | **$1,275.00** |
|---|-----------|---------------|

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5353
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

| **Balance Due** | **$1,275.00** |
|-----------------|---------------|



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/23/2019 | 6113 |

**Bill To**

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.**
**2512 S IH-35 Ste 110**
**Austin, TX 78704**

| Terms | PO#/ Order# | Project |
|-------|-------------|---------|
| Upon Receipt | | Building B |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Phase 2.2 Post | | |
| 0.5 | Mobilization - 1 Consultant | 125.00 | 62.50 |
| 1 | On-site Consultant - Licensed MAC or Project Manager | 150.00 | 150.00 |
| | Post Remediation Inspection | 250.00 | 250.00 |
| 3 | Microbial Air Sample | 110.00 | 330.00 |
| 3 | Laboratory Rush Fees | 100.00 | 300.00 |
| 0.5 | Onsite Lab Fee | 240.00 | 120.00 |
| 0.5 | Offsite Deliverables - Reports | 125.00 | 62.50 |

| | **Total** | **$1,275.00** |
|--|-----------|---------------|

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5353
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

| **Balance Due** | **$1,275.00** |
|-----------------|---------------|

APP0642



# Invoice

| Date | Invoice# |
|------|----------|
| 2/21/2019 | 6111 |

Bill To

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.**
**2512 SIH-35 Ste 110**
**Austin, TX 78704**

| Terms | PO# / Order# | Project | |
|-------|--------------|---------|---|
| Upon Receipt | | Building B | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Phase 2 Post 2 | | |
| 2 | Mobilization - 2 Consultants | 125.00 | 250.00 |
| 3 | On-site Consultant - Licensed MAC or Project Manager | 150.00 | 450.00 |
| 3 | Consulting/ On-site Work - Field Tech | 105.00 | 315.00 |
| | Post Remediation Inspection | 250.00 | 250.00 |
| 12 | Microbial Air Sample | 110.00 | 1,320.00 |
| 1 | Microbial Surface Sample | 110.00 | 110.00 |
| 13 | Laboratory Rush Fees | 100.00 | 1,300.00 |
| 1 | Onsite Lab Fee | 240.00 | 240.00 |
| 0.5 | Offsite Deliverables - Reports | 125.00 | 62.50 |

| | **Total** | **$4,297.50** |
|---|-----------|----------------|

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5353
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

| **Balance Due** | **$4,297.50** |
|-----------------|---------------|

APP0643



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/25/2019 | 6114 |

**Bill To**

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.
2512 SIH-35 Ste 110
Austin, TX 78704**

| Terms | PO#/ Order# | Project | | |
|-------|-------------|---------|---|---|
| Upon Receipt | | Building B | | |
| Quantity | Description | Rate | Amount | |
| 0.5 | Phase 2 Post 3<br>Mobilization - 1 Consultant | 125.00 | 62.50 | |
| 1 | On-site Consultant - Licensed MAC or Project Manager | 150.00 | 150.00 | |
| | Post Remediation Inspection | 250.00 | 250.00 | |
| 2 | Microbial Air Sample | 110.00 | 220.00 | |
| 2 | Laboratory Rush Fees | 100.00 | 200.00 | |
| 0.5 | Onsite Lab Fee | 240.00 | 120.00 | |
| 0.5 | Offsite Deliverables - Reports | 125.00 | 62.50 | |

**Total**  $1,065.00

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5353
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

**Balance Due**  $1,065.00

**APP0644**



# Invoice

| Date | Invoice# |
|------|----------|
| 2/25/2019 | 6115 |

**Bill To**

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.**
**2512 S IH-35 Ste 110**
**Austin, TX 78704**

| Terms | PO# / Order# | Project | | |
|-------|--------------|---------|---|---|
| Upon Receipt | | Building B | | |
| Quantity | Description | Rate | Amount | |
| | Phase 2.2 Post 2 | | | |
| 0.5 | Mobilization- 1 Consultant | 125.00 | 62.50 | |
| 1 | On-site Consultant - Licensed MAC or Project Manager | 150.00 | 150.00 | |
| | Post Remediation Inspection | 250.00 | 250.00 | |
| 2 | Microbial Air Sample | 110.00 | 220.00 | |
| 2 | Laboratory Rush Fees | 100.00 | 200.00 | |
| 0.5 | Onsite Lab Fee | 240.00 | 120.00 | |
| 0.5 | Offsite Deliverables - Reports | 125.00 | 62.50 | |

| | | **Total** | **$1,065.00** |
|---|---|-----------|---------------|

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5353
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

| **Balance Due** | **$1,065.00** |
|-----------------|---------------|

APP0645



# Invoice

| Date | Invoice # |
|------|-----------|
| 3/6/2019 | 6363 |

**Bill To**

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.**
**2512 SIH-35 Ste 110**
**Austin, TX 78704**

| Terms | PO#/ Order# | Project | | |
|-------|-------------|---------|---|---|
| Upon Receipt | | Building B | | |
| Quantity | Description | | Rate | Amount |
| 1 | Site Visit<br>Mobilization- 1 Consultant | | 125.00 | 125.00 |
| 1.5 | On-site Consultant - Licensed MAC or Project Manager | | 150.00 | 225.00 |
| 1.5 | Offsite Deliverables - Reports | | 125.00 | 187.50 |

| | **Total** | **$537.50** |
|---|---|---|

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5353
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

| **Balance Due** | **$537.50** |
|---|---|

APP0646



# Invoice

| Date | Invoice# |
|------|----------|
| 3/23/2019 | 6364 |

Bill To

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.
2512 SIH-35 Ste 110
Austin, TX 78704**

| Terms | PO#/ Order# | Project | | |
|-------|-------------|---------|---|---|
| Upon Receipt | | Building B | | |
| Quantity | Description | | Rate | Amount |
| | Post | | | |
| 1 | Weekend Mobilization - 1 Consultant | | 350.00 | 350.00 |
| 1.5 | On-site Consultant - Licensed MAC or Project Manager | | 150.00 | 225.00 |
| | Post Remediation Inspection | | 250.00 | 250.00 |
| 2 | Microbial Air Sample | | 110.00 | 220.00 |
| 1 | Microbial Surface Sample | | 110.00 | 110.00 |
| 3 | Laboratory Rush Fees | | 100.00 | 300.00 |
| 1 | Onsite Lab Fee | | 240.00 | 240.00 |
| 1 | Offsite Deliverables - Reports | | 125.00 | 125.00 |

| | **Total** | **$1,820.00** |
|---|-----------|---------------|

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5353
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

| **Balance Due** | **$1,820.00** |
|-----------------|---------------|

APP0647

# Invoice



| Date | Invoice # |
|---|---|
| 4/29/2019 | 6628 |

**Bill To**

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX  78749

*Corporate Mailing Address*

**2512 SIH-35 Ste 110
Austin, TX 78704**

| Terms | Project |
|---|---|
| Upon Receipt | Building B (Post) |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2 | Mobilization (2 Consultant, 1 job same day) | 125.00 | 250.00 |
| 2.5 | Consulting / On-site Work (1 Licensed MAC or Project Manager) | 150.00 | 375.00 |
| 2.5 | Consulting / On-site Work - Field Tech (1 Consultant) | 105.00 | 262.50 |
|  | Post Remediation Inspection | 250.00 | 250.00 |
| 5 | Microbial Air Sample | 110.00 | 550.00 |
| 1 | Microbial Surface Sample | 110.00 | 110.00 |
| 6 | Laboratory Rush Fees | 100.00 | 600.00 |
|  | Onsite Lab Fee (1 job same day) | 240.00 | 240.00 |
| 0.5 | Offsite Deliverables - Documentation and Reporting | 125.00 | 62.50 |

| **Total** | | |
|---|---|---|
| | | $2,700.00 |

| Phone# |
|---|
| 512.535.2493 |

| E-Mail |
|---|
| info@moldinspectiontexas.com |

| Web Site |
|---|
| www.moldinspectiontexas.com |

APP0648



**Inspection Sciences**
Texas

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/13/2019 | 6749 |

Bill To

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX  78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.**
**2512 S IH-35 Ste 110**
**Austin, TX  78704**

| Terms | PO#/ Order# | Project | | |
|-------|-------------|---------|---|---|
| Upon Receipt | | Building B, Janitors Closet | | |
| Quantity | Description | | Rate | Amount |
| 1 | Mobilization (1 Consultant, 1 job same day) | | 125.00 | 125.00 |
| 1 | Consulting/ On-site Work (1 Licensed MAC or Project Manager) | | 150.00 | 150.00 |
| | Post Remediation Inspection | | 250.00 | 250.00 |
| 2 | Microbial Air Sample | | 110.00 | 220.00 |
| 1 | Microbial Surface Sample | | 110.00 | 110.00 |
| 3 | Laboratory Rush Fees | | 100.00 | 300.00 |
| | Onsite Lab Fee (1 job same day) | | 240.00 | 240.00 |
| 0.5 | Offsite Deliverables – Documentation and Reporting | | 125.00 | 62.50 |

| | **Total** | **$1,457.50** |
|---|-----------|---------------|

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5353
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

| **Balance Due** | **$1,457.50** |
|-----------------|---------------|

**APP0649**



# Invoice

| Date | Invoice# |
|------|----------|
| 3/27/2019 | 6365 |

**Bill To**

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.**
**2512 S IH-35 Ste 110**
**Austin, TX 78704**

| Terms | PO#/ Order# | Project | | |
|-------|-------------|---------|---|---|
| Upon Receipt | | Building B | | |
| Quantity | Description | Rate | Amount | |
| | Post | | | |
| 2 | Mobilization- 1 Consultant | 125.00 | 250.00 | |
| 4 | On-site Consultant - Licensed MAC or Project Manager | 150.00 | 600.00 | |
| | Post Remediation Inspection | 250.00 | 250.00 | |
| 7 | Microbial Air Sample | 110.00 | 770.00 | |
| 6 | Microbial Surface Sample | 110.00 | 660.00 | |
| 13 | Laboratory Rush Fees | 100.00 | 1,300.00 | |
| 1 | Onsite Lab Fee | 240.00 | 240.00 | |
| 1.5 | Offsite Deliverables - Reports | 125.00 | 187.50 | |

**Total** $4,257.50

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5353
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

**Balance Due** $4,257.50



# Invoice

| Date | Invoice# |
|------|----------|
| 5/18/2019 | 6800 |

Bill To

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.**
**2512 S IH-35 Ste 110**
**Austin, TX 78704**

| Terms | PO# / Order# | Project |
|-------|--------------|---------|
| Upon Receipt | | Building B |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Post - Wellness Area | | |
| | Mobilization (1 Consultant, 1 job same day) | 125.00 | 125.00 |
| 1 | Consulting / On-site Work (1 Licensed MAC or Project Manager) | 150.00 | 150.00 |
| | Post Remediation Inspection | 250.00 | 250.00 |
| 2 | Microbial Air Sample | 110.00 | 220.00 |
| 1 | Microbial Surface Sample | 110.00 | 110.00 |
| 3 | Laboratory Rush Fees | 100.00 | 300.00 |
| | Onsite Lab Fee (1 job same day) | 240.00 | 240.00 |
| 0.5 | Offsite Deliverables - Documentation and Reporting | 125.00 | 62.50 |

**Total** $1,457.50

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5353
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

**Balance Due** $1,457.50

APP0651



# Invoice

| Date | Invoice# |
|------|----------|
| 6/4/2019 | 6940 |

**Bill To**

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX 78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.**
**2512 S IH-35 Ste 110**
**Austin, TX 78704**

| Terms | PO# / Order# | Project |
|-------|--------------|---------|
| Upon Receipt | | Building B |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Post -IT Room | | |
| | Mobilization (1 Consultant, 1 job same day) | 125.00 | 125.00 |
| 1 | Consulting/ On-site Work (1 Licensed MAC or Project Manager) | 150.00 | 150.00 |
| | Post Remediation Inspection | 250.00 | 250.00 |
| 2 | Microbial Air Sample | 110.00 | 220.00 |
| 1 | Microbial Surface Sample | 110.00 | 110.00 |
| 3 | Laboratory Rush Fees | 100.00 | 300.00 |
| 1 | Onsite Lab Fee | 240.00 | 240.00 |
| 0.5 | Offsite Deliverables - Documentation and Reporting | 125.00 | 62.50 |

| | **Total** | **$1,457.50** |
|--|-----------|---------------|

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5353
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

| **Balance Due** | **$1,457.50** |
|-----------------|---------------|

APP0652



# Invoice

| Date | Invoice# |
|------|----------|
| 5/19/2019 | 6801 |

Bill To

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX  78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.**
**2512 S IH-35 Ste 110**
**Austin, TX  78704**

| Terms | PO#/ Order# | Project | | |
|-------|-------------|---------|---|---|
| Upon Receipt | | Building B | | |
| Quantity | Description | Rate | Amount | |
| | Post 2-Wellness Area | | | |
| | Mobilization (1 Consultant, 1 job same day) | 125.00 | 125.00 | |
| 1 | Consulting/ On-site Work (1 Licensed MAC or Project Manager) | 150.00 | 150.00 | |
| | Post Remediation Inspection | 250.00 | 250.00 | |
| 2 | Microbial Air Sample | 110.00 | 220.00 | |
| 2 | Laboratory Rush Fees | 100.00 | 200.00 | |
| | Onsite Lab Fee (1 job same day) | 240.00 | 240.00 | |
| 0.5 | Offsite Deliverables - Documentation and Reporting | 125.00 | 62.50 | |

| | | **Total** | $1,247.50 |
|---|---|-----------|-----------|

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5353
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

| **Balance Due** | $1,247.50 |
|-----------------|-----------|

DocuSign Envelope ID: 6BCFF8E7-BD3F-4FBA-9CE9-289D61C80CEF



# Invoice

| Date | Invoice # |
|------|-----------|
| 5/24/2019 | 6832 |

**Bill To**

Balcones Pain Consultants
Attn: Lauri Rose, Chief Administrator
5200 Davis Ln, #B200
Austin, TX  78749

*Corporate Mailing Address:*

**Mold Inspection Sciences Texas, Inc.**
**2512 S IH-35 Ste 110**
**Austin, TX  78704**

| Terms | PO#/ Order# | Project | | |
|-------|-------------|---------|---|---|
| Upon Receipt | | Building B | | |
| Quantity | Description | Rate | Amount | |
| | Post - Pharmacy / Compounding | | | |
| | Mobilization (1 Consultant, 1 job same day) | 125.00 | 125.00 | |
| 0.75 | Consulting/ On-site Work (1 Licensed MAC or Project Manager) | 150.00 | 112.50 | |
| | Post Remediation Inspection | 250.00 | 250.00 | |
| 2 | Microbial Air Sample | 110.00 | 220.00 | |
| 0.5 | Offsite Deliverables - Documentation and Reporting | 125.00 | 62.50 | |
| | Total from the last payment should have been $2705.00 We applied the $10 overage to this total amount due. | | | |

| | **Total** | **$770.00** |
|---|-----------|-------------|

Austin 512.535.2493
Dallas 214.774.4380
Houston 281.652.5353
San Antonio 210.568.7725

www.moldtx.com
billing@moldtx.com

| **Balance Due** | **$760.00** |
|-----------------|-------------|